United States District Court
Southern District of Texas

**ENTERED**

November 02, 2017

David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Venice PI, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No.    4:17-cv-02285 |
| | § | |
| Does 1–10, | § | Jury |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| | § | |

## ORDER OF DISMISSAL

The Court has considered Plaintiff's NOTICE OF DISMISSAL OF DEFENDANT DOE 8.  The Court hereby dismisses Doe 8 with prejudice with respect to all claims and causes of action in this litigation asserted against Doe 8, with each party to bear its own costs.

It is so Ordered this  2nd    day of  November  2017.


NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE